IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JOHN L. ROWELL,                  )
                                    )
       Plaintiff,          )
                                    )
       v.                 )       CASE NO.  3:18-CV-165-WKW
                                    )
UNITED STATES OF AMERICA    )
and UNITED STATES POSTAL    )
SERVICE,                       )
                                    )
       Defendants.       )

## ORDER

On June 28, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been made.  (Doc. # 26.)  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1)    The Recommendation of the Magistrate Judge (Doc. # 26) is ADOPTED;

(2)    Defendant United States Postal Service's Motion to Dismiss (Doc. # 13) is GRANTED;

(3)    All claims presented in Plaintiff's Complaint against Defendant United States Postal Service are DISMISSED for lack of subject-matter

jurisdiction, and the United States Postal Service is DISMISSED from this action; and

(4)    This action is REFERRED back to the Magistrate Judge pursuant to 28 U.S.C. § 636 for further proceedings and determination or recommendation as may be appropriate.

DONE this 25th day of July, 2018.

_____
/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE
